IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE ACCOUNTS IDENTIFIED AS 33.bigblackbbc.33@GMAIL.COM, THAT IS NOW STORED AT THE PREMISES CONTROLLED BY GOOGLE, LLC. | Case No. MJ-22-28-m-KLD<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the Summons) of the existence of a Summons related to the account referenced in the caption above until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the Summons will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an

1

opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, LLC, shall not disclose the existence of the said Summons, or this Order of the Court, to the listed subscriber or to any other person, except that Google, LLC, may disclose the said Summons to an attorney for Google, LLC, for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until September 18, 2022, or until otherwise ordered by the Court.

Dated this 18th day of March, 2022.

*[signature]*
Hon. Kathleen DeSoto
United States Magistrate Judge